**Order entered May 31, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-01437-CR
No. 05-18-01438-CR
No. 05-18-01439-CR
No. 05-18-01440-CR
No. 05-18-01441-CR
No. 05-18-01442-CR
No. 05-18-01443-CR
No. 05-18-01444-CR

**DANIEL BARRY STEFFEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-83863-2017. 199-83864-2017, 199-83865-2017,**
**199-83866-2017, 199-83867-2017, 199-83868-2017, 199-83869-2017 & 199-84131-2017**

## ORDER

Before the Court is appellant's May 17, 2019 second motion to extend the time to file appellant's brief. We **GRANT IN PART** the motion and **ORDER** appellant's brief filed on or before **June 17, 2019**. If appellant's brief is not filed by June 17, 2019, these appeals may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE